| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| JERRY HANLEY, | § |
| | § |
| Plaintiff, | § |
| | § |
| *versus* | § CIVIL ACTION NO. 1:13-CV-250 |
| | § |
| COMMISSIONER OF SOCIAL | § |
| SECURITY ADMINISTRATION, | § |
| | § |
| Defendant. | § |

# MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Court referred this case to the Honorable Keith Giblin, United States Magistrate Judge, for consideration. The magistrate judge submitted a report (#24) recommending that the Court affirm the Commissioner's decision denying plaintiff's application for social security benefits. The parties have not objected to the report. After consideration, the Court concludes that the magistrate judge's findings of fact and conclusions of law are correct. The report and recommendation (#24) is ADOPTED. The Court ORDERS that the decision of the Commissioner is affirmed. The Court will enter final judgment separately.

**Signed this date.**

**Mar 24, 2015**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE